UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD PATTERSON, et al.,

      Plaintiffs,                         CASE NO. 1:17-CV-25

v.                                      HON. ROBERT J. JONKER

ASSET RECOVERY MANAGEMENT,
INC., et al.,

      Defendants.
_____/

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(a)(ii), plaintiffs Floyd Patterson and Darlene Patterson, and defendants Asset Recovery Management, Inc. and Jacson Renell VanReed, being all of the parties that have appeared in this action, hereby stipulate to the immediate dismissal of this action, with prejudice, as to all parties.

Dated: June 30, 2017                           /s/ Phillip C. Rogers
                                                       Phillip C. Rogers (P34356)
                                                       Kevin J. Rogers (P81303)
                                                       Attorneys for Plaintiffs
                                                       6140 28th Street SE, Suite 115
                                                       Grand Rapids, Michigan 49546-6938
                                                       (616) 776-1176
                                                       ConsumerLawyer@aol.com

Dated: June 30, 2017                           /s/ Stephen J. van Stempvoort
                                                       Stephen J. van Stempvoort (P79828)
                                                       Miller Johnson
                                                       Attorneys for Defendants
                                                       45 Ottawa Avenue SW, Suite 1100
                                                       Grand Rapids, Michigan 49501-0306
                                                       (616) 831-1700
                                                       vanstempvoorts@millerjohnson.com